UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSTON VARGAS-LOPEZ,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | No. 1:26-cv-05014-DAD-SCR (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS</u><br><br>(Doc. Nos. 8, 11, 13) |

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's first amended petition for writ of habeas corpus (Doc. No. 12) be granted. (Doc. No. 13.) Specifically, the magistrate judge concluded that: 1) petitioner is subject to detention pursuant to 8 U.S.C. § 1226(a); 2) the government failed to follow the procedures set forth by that statutory provision and its implementing regulations when it detained petitioner; and 3) as such, petitioner is entitled to immediate release. (*Id.* at 5–8.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto

/////

were to be filed within three (3) days after service. (*Id.* at 9.) To date, no objections to the findings and recommendations have been filed and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on October 15, 2026 (Doc. No. 13) are ADOPTED in full;
2. Petitioner's first amended petition for writ of habeas corpus (Doc. No. 12) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Johnston Vargas-Lopez, A-File No. 220-231-996, from respondent's custody on the same conditions, if any, he was subject to prior to his re-detention on or about May 14, 2026;
    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;
3. Petitioner's motions for clarification (Doc. Nos. 8, 11) are DENIED as having been rendered moot by this order granting habeas relief;
4. The Clerk of the Court is directed to serve a copy of this order on the California City Immigration Processing Center; and

/////

/////

/////

/////

/////

5. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE